UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHELLY JEAN MYER, | ) No. 2:19-cv-01011-GJS |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 27, 2019

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE